AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**P. H. GLATFELTER COMPANY,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO. C2-11-741**

| | |
|---|---|
| **UNITED STEEL, PAPER** | **JUDGE EDMUND A. SARGUS, JR.** |
| **AND FORESTRY, RUBBER,** | **MAGISTRATE JUDGE ELIZABETH P. DEAVERS** |
| **MANUFACTURING, ENERGY,** | |
| **ALLIED INDUSTRIAL AND SERVICE** | |
| **WORKERS INTERNATIONAL UNION, et al.,** | |

    **Defendants.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 21, 2012, JUDGMENT is hereby entered in favor of the Plaintiff. This case is DISMISSED.**

Date: August 21, 2012                                       JAMES BONINI, CLERK

                                                                 */S/ Andy F. Quisumbing*
                                                                 (By) Andy F. Quisumbing
                                                                 Courtroom Deputy Clerk